**David W. Cantrill**
**ISB #1291**
**Daniel J. Skinner**
**ISB #7225**
**CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP**
1423 Tyrell Lane
P. O. Box 359
Boise, Idaho 83701
Telephone: (208) 344-8035
Facsimile: (208) 345-7212

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> vs. <br><br> IDAHO STONE LTD. COMPANY, an Idaho Limited Liability Company, TYLER CAMPBELL, an individual, ESTATE OF ARTHUR ZOTTARELLI, REBECCA ZOTTARELLI, individually, as surviving spouse of Arthur Zottarelli, REBECCA ZOTTARELLI, individually and on behalf of her minor children R.Z. and M.Z., A.Z., A.R., M.R., PAULA M. SWENSON, an individual, KENNETH L. HERMAN, an individual, DOES I through X, <br><br> Defendants. | Case No. 1:13-cv-00385-REB <br><br> PLAINTIFF'S MOTION TO DISMISS |

PLAINTIFF'S MOTION TO DISMISS - 1

COMES NOW, Plaintiff, by and through its counsel of record, David W. Cantrill, of the firm Cantrill Skinner Lewis Casey & Sorensen, LLP, move this court for an order dismissing this action without prejudice, pursuant to F.R.C.P., Rule 41(a). No defendant in this matter has pled a counterclaim.

This motion is supported by the Affidavit of David W. Cantrill filed simultaneously herewith.

DATED This \_\_\_\_\_ day of November, 2013.

CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP

By: _____
David W. Cantrill, Of the Firm
Attorneys for Plaintiff

PLAINTIFF'S MOTION TO DISMISS - 2

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I served a true and correct copy of the above and foregoing instrument, by method indicated below, upon:

| | | |
|---|---|---|
| Donald J. Farley | [ ] | Facsimile 208-577-5101 |
| Powers Tolman Farley, PLLC | [ ] | Hand Delivery |
| 345 Bobwhite Court, Suite 150 | [ ] | U.S. Mail |
| PO Box 9756 | [x] | Email djf@powerstolman.com |
| Boise, ID 83707 | | |

| | | |
|---|---|---|
| Elisa G. Massoth | [ ] | Facsimile 208-642-3799 |
| Elisa G. Massoth, PLLC | [ ] | Hand Delivery |
| 14 S. Main Street, Suite 200 | [ ] | U.S. Mail |
| PO Box 1003 | [x] | Email emassoth@kmrs.net |
| Payette, ID 83661 | | |

_____
David W. Cantrill

PLAINTIFF'S MOTION TO DISMISS - 3