**David W. Cantrill**
**ISB #1291**
**Daniel J. Skinner**
**ISB #7225**
**CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP**
1423 Tyrell Lane
P. O. Box 359
Boise, Idaho 83701
Telephone: (208) 344-8035
Facsimile: (208) 345-7212

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> vs. <br><br> IDAHO STONE LTD. COMPANY, an Idaho Limited Liability Company, TYLER CAMPBELL, an individual, ESTATE OF ARTHUR ZOTTARELLI, REBECCA ZOTTARELLI, individually, as surviving spouse of Arthur Zottarelli, REBECCA ZOTTARELLI, individually and on behalf of her minor children R.Z. and M.Z., A.Z., A.R., M.R., PAULA M. SWENSON, an individual, KENNETH L. HERMAN, an individual, DOES I through X, <br><br> Defendants. | Case No. 1:13-cv-00385-REB <br><br> STIPULATION TO DISMISS WITHOUT PREJUDICE |

IT IS STIPULATED, By and between the parties hereto, by and through their respective

STIPULATION TO DISMISS WITHOUT PREJUDICE - 1

counsel of record, David W. Cantrill of the firm Cantrill Skinner Lewis Casey & Sorensen, appearing for the Plaintiff, Elisa G. Massoth, appearing for Defendants Idaho Stone Ltd. Company, Paula Swenson and Kenneth Herman, and Donald J. Farley of the firm Powers Tolman Farley, appearing for Defendants Rebecca Zottarelli, individually, as surviving spouse of Arthur Zottarelli, deceased, and as Personal Representative of the Heirs of Arthur Zottarelli, deceased, that the above-entitled action be dismissed without prejudice, all parties to bear their own costs and attorney fees.

DATED This _____ day of December, 2013.

CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP

By: _____
David W. Cantrill, Of the Firm
Attorneys for Plaintiff

DATED This __9__ day of December, 2013.

By: _____
Elisa G. Massoth
Attorneys for Defendants Idaho Stone Ltd.
Company, Paula Swensen and Kenneth Herman

DATED This _____ day of December, 2013.

POWERS TOLMAN FARLEY, PLLC

By: _____
Donald J. Farley
Attorneys for Defendant Rebecca Zottarelli, individually,
as surviving spouse of Arthur Zottarelli, deceased, and as
Personal Representative of the Heirs of Arthur Zottarelli,
deceased

STIPULATION TO DISMISS WITHOUT PREJUDICE - 2

counsel of record, David W. Cantrill of the firm Cantrill Skinner Lewis Casey & Sorensen, appearing for the Plaintiff, Elisa G. Massoth, appearing for Defendants Idaho Stone Ltd. Company, Paula Swenson and Kenneth Herman, and Donald J. Farley of the firm Powers Tolman Farley, appearing for Defendants Rebecca Zottarelli, individually, as surviving spouse of Arthur Zottarelli, deceased, and as Personal Representative of the Heirs of Arthur Zottarelli, deceased, that the above-entitled action be dismissed without prejudice, all parties to bear their own costs and attorney fees.

DATED This _____ day of December, 2013.

CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP

By:_____
David W. Cantrill, Of the Firm
Attorneys for Plaintiff

DATED This _____ day of December, 2013.

By:_____
Elisa G. Massoth
Attorneys for Defendants Idaho Stone Ltd.
Company, Paula Swensen and Kenneth Herman

DATED This __6__ day of December, 2013.

POWERS TOLMAN FARLEY, PLLC

By: /s/ Donald J. Farley
Donald J. Farley
Attorneys for Defendant Rebecca Zottarelli, individually, as surviving spouse of Arthur Zottarelli, deceased, and as Personal Representative of the Heirs of Arthur Zottarelli, deceased

STIPULATION TO DISMISS WITHOUT PREJUDICE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I served a true and correct copy of the above and foregoing instrument, by method indicated below, upon:

Donald J. Farley  
Powers Tolman Farley, PLLC  
345 Bobwhite Court, Suite 150  
PO Box 9756  
Boise, ID 83707

[ ] Facsimile 208-577-5101  
[ ] Hand Delivery  
[ ] U.S. Mail  
[x] Email djf@powerstolman.com

Elisa G. Massoth  
Elisa G. Massoth, PLLC  
14 S. Main Street, Suite 200  
PO Box 1003  
Payette, ID 83661

[ ] Facsimile 208-642-3799  
[ ] Hand Delivery  
[ ] U.S. Mail  
[x] Email emassoth@kmrs.net

_____  
David W. Cantrill

STIPULATION TO DISMISS WITHOUT PREJUDICE - 3