UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, <br><br> Plaintiff, <br><br> vs. <br><br> IDAHO STONE LTD. COMPANY, an Idaho Limited Liability Company, TYLER CAMPBELL, an individual, ESTATE OF ARTHUR ZOTTARELLI, REBECCA ZOTTARELLI, individually, as surviving spouse of Arthur Zottarelli, REBECCA ZOTTARELLI, individually and on behalf of her minor children R.Z. and M.Z., A.Z., A.R., M.R., PAULA M. SWENSON, an individual, KENNETH L. HERMAN, an individual, DOES I through X,, <br><br> Defendants. | Case No.: 1:13-cv-00385-REB <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This matter, having come before the Court pursuant to the written stipulation fo the parties (Docket No. 23), and good cause appearing therefor;

IT IS HEREBY ORDERED and this does ORDER that the above-captioned matter is dismissed without prejudice, all parties to bear their own costs and attorneys' fees. Plaintiff's pending Motion to Dismiss (Docket No. 20) is rendered MOOT.

DATED: **December 11, 2013**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER OF DISMISSAL WITHOUT PREJUDICE - 1**